No. 10143. STATE OF MONTANA ex rel. MONTANA MILK CONTROL BOARD, RELATOR, v. DISTRICT COURT OF THE FIFTH JUDICIAL DISTRICT of the State of Montana In and For the COUNTY OF BEAVERHEAD, and the HONORABLE PHILIP C. DUNCAN, the Judge thereof, RESPONDENTS.

Submitted and Decided April 7, 1960.

350 Pac. (2d) 850.

*Geoffrey L. Brazier,* Attorney for relator.

PER CURIAM.

Original proceeding. Petition for writ of prohibition or other appropriate writ.

The petition is denied and the proceeding dismissed.